# UNITED STATES DISTRICT COURT
Eastern District of Michigan

| | | |
|---|---|---|
| ARTHUR WAGNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>BENEFITS PARTNER, LLC DBA SALUS GROUP<br>**DEFENDANT** | § § § § § § § § § § | CAUSE NO. 2:25-CV-11219-MAG-DRG |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Tuesday, April 29, 2025 at 12:48 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL CLASS ACTION COMPLAINT AND JURY DEMAND, LETTER DATED APRIL 7, 2025, CIVIL COVER SHEET for BENEFITS PARTNER, LLC C/O REGISTERED AGENT CT CORPORATION SYSTEM was received by me.

On Wednesday, April 30, 2025 at 12:52 PM, I delivered the above-mentioned documents to Traci Gregory - intake specialist who represented that they were authorized to accept service on behalf of BENEFITS PARTNER, LLC C/O REGISTERED AGENT CT CORPORATION SYSTEM at 40600 ANN ARBOR ROAD E., SUITE 201, PLYMOUTH, MI 48170.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Thursday, May 1, 2025

*Jessica Davis*

Jessica Davis
Process Server
PO Box 304
Lansdale, PA 19446


Wagner v Benefits Partner, LLC
DocID: P334842_1