UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Arthur Wagner,

        Plaintiff(s),        Case No. 25-cv-11219

v.        Honorable Mark A. Goldsmith

Benefits Partner, LLC        Magistrate Judge David R. Grand

        Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. 25-cv-11108. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Linda V. Parker and Magistrate Judge Anthony P. Patti.

s/Mark A. Goldsmith
Mark A. Goldsmith
United States District Judge

s/Linda V. Parker
Linda V. Parker
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 14, 2025        s/N. Ahmed
       Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Linda V. Parker