UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR WAGNER,

    Plaintiffs,

v.

BENEFIT PARTNERS, LLC,

    Defendants.
_____/

Case No. 25-11219
Honorable Linda V. Parker

**NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON**

**May 29, 2025 at 11:30 AM** for Telephonic Status Conference. **Counsel shall call the Court's conference line at 1-810-674-0063 and use Access Code 339466741#.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: May 14, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 14, 2025, by electronic and/or U.S. First Class mail.

                                        s/ A. Flanigan
                                        Case Manager