UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR WAGNER, on behalf of himself and all others similarly situated, | Case No. 2:25-CV-11219-LVP-APP |
| Plaintiff, | Hon. Linda V. Parker |
| v. | Hon. Mag. Anthony P. Patti |
| BENEFITS PARTNER, LLC d/b/a SALUS GROUP, | |
| Defendant. | |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of Plaintiff, Arthur Wagner in the above-referenced matter.

 

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Michigan Attorney ID P84351
Kimmel & Silverman, PC
30 E. Butler Ave.
Ambler, PA 19002
Direct line: 267-468-5374
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Dated: May 19, 2025

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, hereby certify the foregoing was served on all parties of record via ECF on this May 19, 2025.

*/s/ Jacob U. Ginsburg*