# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR WAGNER, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>BENEFITS PARTNER, LLC d/b/a SALUS GROUP,<br><br>              Defendant. | Case No. 2:25-CV-11219-LVP-APP<br><br>Hon. Linda V. Parker<br><br>Hon. Mag. Anthony P. Patti |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katherine L. Pullen, of Warner Norcross + Judd LLP, hereby enters her appearance as counsel for Defendant in the above-captioned matter.

Respectfully submitted,

Dated: May 19, 2025

*/s/ Katherine L. Pullen*
Katherine L. Pullen (P74511)
WARNER NORCROSS + JUDD LLP
2715 Woodward Avenue, Suite 300
Detroit, Michigan 48201
(313) 546-6000
kpullen@wnj.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on May 19, 2025, I caused the above Notice of Appearance to be filed with the Clerk of the Court using the ECF system, which will send notification of such filings to all parties registered electronically, and state that there are no non-ECF participants.

*/s/ Katherine L. Pullen*
Katherine L. Pullen
