UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR WAGNER, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>BENEFITS PARTNER, LLC d/b/a SALUS GROUP,<br><br>            Defendant. | Case No. 2:25-CV-11219-LVP-APP<br><br>Hon. Linda V. Parker<br><br>Hon. Mag. Anthony P. Patti |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Plaintiff Arthur Wagner ("Plaintiff") and Defendant Benefits Partner, LLC d/b/a Salus Group ("Salus Group" and, together with Plaintiff, the "Parties") hereby file this stipulation seeking an order from the Court extending Salus Group's deadline to respond to Plaintiff's class action complaint by forty-five (45) days to July 7, 2025 ("Stipulation"). Good cause exists to grant this Stipulation based on the following facts:

1.      On April 28, 2025, Plaintiff filed in the United States District Court for the Eastern District of Michigan a class action complaint against Salus Group arising from an alleged security incident involving one employee's email account ("Complaint"). [Dkt. No. 1.]

2. Based on the proof of service stating service was effected on April 30, 2025 [Dkt. No. 3], Salus Group's responsive pleading deadline is currently May 21, 2025.

3. Two other class action complaints arising from the same alleged security incident have been filed in this district court. *Tilger v. Benefits Partner, LLC d/b/a Salus Group*, No. 2:25-cv-11108-LVP-APP (E.D. Mich.); *Orosco v. Benefits Partner, LLC d/b/a Salus Group*, No. 2:25-cv-11204-LVP-APP (E.D. Mich.). Plaintiff in the first-filed *Tilger* filed a motion to consolidate these actions and appoint interim lead counsel on May 6, 2025 ("Motion to Consolidate"). [*Tilger* Dkt. No. 6.]  The parties herein support the motion to consolidate.

4. In addition to the Motion to Consolidate, Salus Group recently retained counsel and is still analyzing Plaintiff's claims and the underlying facts.

5. Accordingly, the extension requested herein is brought in good faith, in the interests of justice and judicial economy, and not for purposes of delay. This is the first extension sought by Salus Group.

6. Therefore, the Parties respectfully request that the Court grant this Stipulation and continue Salus Group's responsive pleading deadline by forty-five (45) days to July 7, 2025.

**IT IS SO STIPULATED**.

Dated: May 19, 2025    By: */s/ Katherine L. Pullen*
                          Katherine L. Pullen (P74511)
                          WARNER NORCROSS + JUDD LLP
                          2715 Woodward Avenue, Sute 300
                          Detroit, MI 48201-3030
                          Telephone: (313) 546-6000
                          kpullen@wnj.com

                          Eric R. Fish
                          BAKER & HOSTETLER LLP
                          45 Rockefeller Plaza
                          New York, NY 10111
                          Telephone: (212) 589-4647
                          *Attorneys for Defendant Benefits*
                          *Partner, LLC d/b/a Salus Group*


Dated: May 19, 2025    By: */s/ Sean Short (w/ permission from*
                              *Plaintiff's counsel)*
                          Sean Short (*not yet admitted*)
                          Arkansas Bar No. 2015079
                          sean@sanfordlawfirm.com
                          SANFORD LAW FIRM, PLLC
                          Kirkpatrick Plaza
                          10800 Financial Centre Pkwy, Suite 510
                          Little Rock, Arkansas 72211
                          Telephone: (800) 615-4946
                          Facsimile: (888) 787-2040

                          Leigh S. Montgomery *(not yet admitted)*
                          Texas Bar No. 24052214
                          lmontgomery@eksm.com
                          EKSM, LLP
                          4200 Montrose Blvd., Suite 200
                          Houston, Texas 77006
                          Phone: (888) 350-3931
                          Fax: (888) 276-3455

                          *Attorneys for Plaintiff Arthur Wagner*

3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR WAGNER, on behalf of himself and all others similarly situated, | Case No. 2:25-CV-11219- LVP-APP |
| Plaintiff, | Hon. Linda V. Parker |
| v. | Hon. Mag. Judge Anthony P. Patti |
| BENEFITS PARTNER, LLC d/b/a SALUS GROUP, | |
| Defendant. | |

## ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

The Court, having read and considered Plaintiff Arthur Wagner ("Plaintiff") and Defendant Benefits Partner, LLC d/b/a Salus Group's ("Salus Group") stipulation seeking an order from the Court extending Salus Group's deadline to respond to Plaintiff's class action complaint by forty-five (45) days to July 7, 2025 ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that Salus Group's responsive pleading deadline is continued by forty-five (45) days to July 7, 2025.

**IT IS SO ORDERED**.

                                                                                             s/ Linda V. Parker
                                                                                             LINDA V. PARKER
                                                                                             U.S. DISTRICT JUDGE

Dated: May 19, 2025