## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR WAGNER, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>BENEFITS PARTNER, LLC d/b/a SALUS GROUP,<br><br>     Defendant. | Case No. 2:25-CV-11219-LVP-APP<br><br>Hon. Linda V. Parker<br><br>Hon. Mag. Anthony P. Patti |

### NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Eric R. Fish, of Baker & Hostetler LLP, hereby enters his appearance as counsel for Defendant in the above-captioned matter.

            Respectfully submitted,

Dated: May 19, 2025    */s/ Eric R. Fish*
            Eric R. Fish
            BAKER & HOSTETLER LLP
            45 Rockefeller Plaza
            New York, New York 10111
            (212) 589-60004647
            efish@bakerlaw.com

            *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on May 19, 2025, I caused the above Notice of Appearance to be filed with the Clerk of the Court using the ECF system, which will send notification of such filings to all parties registered electronically, and state that there are no non-ECF participants.

                                          */s/ Eric R. Fish*
                                          Eric R. Fish